| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Mauricio Junqueira Lemos Pomme<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5315<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Southern District of New York | Date case filed for chapter: 7  7/12/19 | |
| Case number: 19–12272–scc | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case

12/17

**For the debtor(s) listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Mauricio Junqueira Lemos Pomme | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 405 W. 51st Apt. #3<br>New York, NY 10019 | | |
| 4. | **Debtor's attorney**<br>Name and address | Mauricio Junqueira Lemos Pomme<br>405 W. 51st Apt. #3<br>New York, NY 10019 | | Contact phone _____<br>Email: **None** |
| 5. | **Bankruptcy trustee**<br>Name and address | Jil Mazer–Marino<br>Cullen and Dykman LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530 | | Contact phone 516–357–3700<br>Email: jmazermarino@cullenanddykman.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**  page **1**

| 6. | **Bankruptcy clerk's office** | One Bowling Green<br>New York, NY 10004–1408 | Office Hours: <u>Monday – Friday<br>8:30 AM – 5:00 PM</u> |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | Clerk of the Bankruptcy Court:<br>Vito Genna | Contact phone 212–668–2870<br>Date: 7/12/19 |
| 7. | **Meeting of creditors** | **August 5, 2019 at 11:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Debtor should bring this notice to the first meeting of creditors, together with any other documents requested by the trustee. | **Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/4/19** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | | Deadline for holder(s) of a claim secured by a security interest in the principal residence pursuant to Rule 3002(c)(7)(A): | **Filing deadline:** 70 days after the order for relief is entered. |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov.</u> If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Debtors** | Duty to complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 423 (Certification About a Financial Management Course) must be filed within 60 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Certification About a Financial Management Course and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certification, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. | |

United States Bankruptcy Court
Southern District of New York

In re:  Case No. 19-12272-scc
Mauricio Junqueira Lemos Pomme  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1  User:  Page 1 of 1  Date Rcvd: Jul 12, 2019
    Form ID: 309A  Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
db           +Mauricio Junqueira Lemos Pomme,    405 W. 51st Apt. #3,    New York, NY 10019-6301
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
smg          +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7562792      +AMERICAN EXPRESS NATIONAL BANK,    43 BUTTERFIELD CIRCLE,    EL PASO, TX 79906-5202
7562794       BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPARTMENT,    4 7 5 CROSS POINT BKWY,
              GETZVILLE, NY 14068
7562798      +JPMORGAN CHASE BANK, N.A.,    BANKRUPTCY NOTICE & RECORDS CENTER,    700 KANSAS LANE,
              MONROE, LA 71203-4774
7562799      +MOUNT SINAI HOSPITAL,    ONE GUSTAVE L LEVY PLACE,    NEW YORK, NY 10029-6574
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: jmazermarino@iq7technology.com Jul 12 2019 19:35:36     Jil Mazer-Marino,
              Cullen and Dykman LLP,    100 Quentin Roosevelt Boulevard,    Garden City, NY 11530-4850
smg           E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 12 2019 19:35:34
              New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY  12205-0300
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 12 2019 19:35:26     United States Trustee,
              Office of the United States Trustee,    U.S. Federal Office Building,
              201 Varick Street, Room 1006,    New York, NY 10014-9449
7562791      +E-mail/Text: 180-BillingTeamLeads@180medical.com Jul 12 2019 19:35:29     180 MEDICAL, INC.,
              8516 NW EXPRESSWAY,    OKLAHOMA CITY, OK 73162-6010
7562793      +EDI: CINGMIDLAND.COM Jul 12 2019 23:43:00      AT&T MOBILITY,    P.O. BOX 537104,
              ATLANTA, GA 30353-7104
7562795      +EDI: WFNNB.COM Jul 12 2019 23:43:00      COMENITY CAPITAL BANK,    PO BOX 182273,
              COLUMBUS, OH 43218-2273
7562796       EDI: DISCOVER.COM Jul 12 2019 23:43:00      DISCOVER BANK,    BANKRUPTCY DEPARTMENT,
              PO BOX 8003,    HILLIARD, OH 43026
7562797       EDI: IRS.COM Jul 12 2019 23:43:00      INTERNAL REVENUE SERVICE,    INSOLVENCY GROUP,
              290 BROADWAY, 5TH FLOOR,    NEW YORK, NY 10007
7562800      +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 12 2019 19:35:34
              NYS DEPARTMENT OF TAXATION & FINANCE BANKRUPTCY/SP,    PO BOX 5300,    ALBANY, NY 12205-0300
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:
```
              Jil Mazer-Marino    jmazermarino@cullenanddykman.com,
               cmohan@cullenanddykman.com;jmazermarino@iq7technology.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
                                                                                             TOTAL: 2
```